IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Gardner, Lula M

Printed: 4/29/08

Case Number: 07 B 22140
Judge: Goldgar, A. Benjamin
Filed: 11/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,762.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,647.47 |
| Trustee Fee: |  | 114.53 |
| Other Funds: |  | 0.00 |
| Totals: | 1,762.00 | 1,762.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,628.20 | 1,647.47 |
| 2. | SN Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 6,883.40 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 908.87 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 2,918.32 | 0.00 |
| 7. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,338.79 | $ 1,647.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 114.53 |
|  | $ 114.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

